Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 100 (AKH)

BRIAN LAVIN and MARILYN LAVIN,                 Index No.: 08-CV-4614

      Plaintiff(s),             **NOTICE OF ADOPTION OF ANSWER
                                TO MASTER COMPLAINT**
 -against-
                                               **ELECTRONICALLY FILED**
THE CITY OF NEW YORK, and AMEC
CONSTRUCTION MANAGEMENT, INC., *et
al.*,

      Defendant(s).
-------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

  WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 13, 2008

                         Yours etc.,

                         McGIVNEY & KLUGER, P.C.
                         Attorneys for Defendant
                         PHILLIPS & JORDAN, INC.

                         By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C.
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         120 Broadway
         New York, NY 10271
         (212) 732-9000

         All Defense Counsel