STATE OF NEW YORK    SOUTHERN DIST. COUNTY    U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CV 4614    AND FILED ON MAY 19, 2008
ATTORNEY(S) Sullivan Papain Block McGrath & Cannavo P.C.

---

*Brian Lavin and Marilyn Lavin*    Plaintiff(s)/Petitioner(s)

vs

*The City of New York and Amec Construction Management, Inc., etal.,*    Defendant(s)/Respondent(s)

---

STATE OF TENNESSEE    COUNTY OF __KNOX__    , SS.:

__DAVID WHITAKER__, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on __16 JUNE 2008__ at __1:30__ P M at __6621 Wilbanks Rd    KNOXVILLE, TN 37912__ deponent (did / did not) serve the within Summons & Complaint

on: __Connie Nichols__ . Phillips & Jordan, Inc. ,    __Defendant__    (herein called recipient) therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** ☑ A __NORTH CAROLINA__ corporation, by delivering thereat a true copy of each to __CONNIE NICHOLS__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __VICE-PRESIDENT__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** ☐ On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** ☑ A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __F__ Color of skin __W__ Color of hair __BLD__ Approx.Age __50__ Approx.Height __5'1"__ Approx. weight __105__ Other _____

**#8 WIT. FEES** ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this __3__ day of __July__ 2008

_(notary signature)_
Notary Public
MY COMMISSION EXPIRES: March 9, 2011

_David Whitaker_ (signature)

Invoice·Work Order # 0811345

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207

X _Connie H Nichols_